IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.J. LOBAUGH, INC.,

    Plaintiff,

v.

ENCOMPIX INC., an Ohio corporation, and DOES 1 through 10, inclusive,

    Defendants.
_____/

No. C 05-02097 WHA

**ORDER DENYING REQUEST FOR CONTINUANCE**

    The Court **DENIES** the parties' request to continue the case management conference for 120 days. Trial counsel will please attend the conference on **SEPTEMBER 8, 2000, AT 3:30 P.M.** and file a joint case management statement by **SEPTEMBER 2, 2005**. The Court will set pretrial deadlines at that time.

    **IT IS SO ORDERED.**

Dated: August 31, 2005.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE