IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.J. LOBAUGH, INC.,

    Plaintiff,

v.

ENCOMPIX, INC., a Ohio corporation, and DOES 1 through 10, inclusive,

    Defendants.

No. C 05-02097 WHA

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO MARCH 23, 2006, AT 11:00 AM**

The Court **DENIES** the parties' request to continue the case management conference for ninety days pending "finalization of terms of the settlement agreement." However, the Court will **GRANT** a continuance of two weeks, to **MARCH 23, 2006, AT 11:00 A.M.** Unless there is a dismissal filed by that date, trial counsel shall attend the conference. Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: February 28, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE