ARTHUR J. FRIEDMAN (State Bar No. 160867, *afriedman@steefel.com*)
KEVIN P. DWIGHT (State Bar No. 239476, *kdwight@steefel.com*)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone: (415) 788-0900
Facsimile: (415) 788-2019

Attorneys for Plaintiff
R.J. LOBAUGH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| R.J. LOBAUGH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENCOMPIX, INC., a Ohio corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 05-02097 WHA<br><br>**[PROPOSED] ORDER**<br><br>Stipulation of Dismissal filed herewith<br><br>Location: 19th Floor, Courtroom 9<br>Judge: Hon. William H. Alsup |

[Proposed] Order (No. C 05-02097 WHA)
3672:6499337.1

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. All claims in Plaintiff's Complaint against Defendant in the above-entitled action are hereby dismissed with prejudice;

2. The Case Management Conference scheduled for March 23, 2006 at 11:00 a.m. is hereby taken off calendar; and

3. Plaintiff and Defendant shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims.

Dated: March 23, 2006 , 2006

_____
The Honorable William H. Alsup
United States District Court Judge

APPROVED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
A PROFESSIONAL CORPORATION, ONE EMBARCADERO CENTER, 30TH FLOOR, SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019